IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01934-DME-BNB

JEFFERY A. BOARDMAN,

Plaintiff,

v.

DYLAN HAUCK, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Unopposed Motion to File Rebuttal Fed. R. Civ. P. 26(a)(2) Disclosures to Defendant's Rebuttal Disclosures** [Doc. # 26, filed 1/13/2012] (the "Motion"). The plaintiff claims the need to rebut the defendants' neuroradiologist and physical medicine experts because they "have challenged the diagnosis by Plaintiff's treating physicians." Motion [Doc. # 26] at ¶¶3, 5. The defendants do not oppose the Motion.

IT IS ORDERED:

(1) The Motion [Doc. # 26] is GRANTED; and

(2) The plaintiff shall designate experts in rebuttal to the opinions of defendants' neuroradiologist and physical medicine experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 30, 2012.

Dated January 17, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge