IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01934-DME-BNB

JEFFERY A. BOARDMAN,

Plaintiff,

v.

DYLAN HAUCK, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendants.
_____

**ORDER**
_____

On March 22, 2012, I held a final pretrial conference and entered a Final Pretrial Order [Doc. # 35]. At Part 7 of the Final Pretrial Order I stated:

> The exhibit lists are refused. On or before April 27, 2012, the parties shall submit revised exhibit lists which comply with the following requirements: (1) each exhibit shall be set out on the exhibit list as it will be offered at trial; and (2) **every page of each exhibit shall be Bates numbered and the Bates numbers of the beginning and ending pages of each exhibit shall be reported on the exhibit list.**

Final Pretrial Order [Doc. # 35] at p. 5 (emphasis added).

The plaintiff filed his exhibit list on April 26, 2012. Plaintiff's Exhibits [Doc. # 38]. It does not comply with the requirements of Part 7 of the Final Pretrial Order.

IT IS ORDERED:

(1)   The plaintiff's exhibit list [Doc. # 38] is STRICKEN; and

(2)   The plaintiff shall file and serve an exhibit list, on or before **May 4, 2012**, that

1

complies with the requirements of the Final Pretrial Order. Failure to comply with this requirement may result in the imposition of sanctions, including an order precluding the plaintiff from introducing any exhibits into evidence at trial.

Dated April 27, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge