IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01934-DME-BNB

JEFFERY A. BOARDMAN,

Plaintiff,

v.

DYLAN HAUCK, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Unopposed Motion to Submit Amended Exhibit List** [docket no. 49, filed June 14, 2012] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED, and the attached Exhibit C, Amended Exhibit List, is accepted for filing.


DATED:  June 18, 2012