IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01934-DME-BNB

JEFFREY A. BOARDMAN,

      Plaintiff,

v.

DYLAN HAUCK, an individual, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY HONORABLE DAVID M. EBEL

    The Trial Preparation Conference scheduled for August 8, 2012, has been underlined reschedule d for Thursday, August 9, 2012, at 1:00 p.m.

    DATED:   August 3, 2012