**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL**

Courtroom Deputy: Emily Seamon           Date:  August 9, 2012
Court Reporter:    Tammy Hoffschildt

Civil Action No. 11-cv-01934-DME-BNB

| *Parties:* | *Counsel:* |
|---|---|
| JEFFREY A. BOARDMAN, | James Fosnaught |
|  | Sander Karp |
| Plaintiff, | |
| v. | |
| DYLAN HAUCK, an individual, and | *(No appearance)* |
| AMERICAN FAMILY MUTUAL INSURANCE | Heather Salg |
| COMPANY, a Wisconsin corporation, | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

HEARING: TRIAL PREPARATION CONFERENCE

**1:14 p.m.     Court in session.**

Also seated at Plaintiff's table: paralegal Ginny Lemon.

Discussion between the Court and counsel regarding having a jury of eight, the jury selection process, the trial schedule, time for opening and closing statements, trial time, issues regarding jury instructions, objections during video depositions, accommodating the needs of Plaintiff's counsel and the Plaintiff, and the Court reading the parties' joint stipulation of fact to the jury.  The Court ruled on several written and oral motions.  The Court's rulings are without prejudice to the parties' ability to renew these motions or objections.

**ORDER:**   Plaintiff's Unopposed Motion to Allow Trial Testimony by Telephone [Doc. No. 57, Filed August 7, 2012] is GRANTED.  Officer Martin Donohue may appear by video conference on Wednesday, August 15, 2012 at 9:30 a.m. at the federal courthouse in Grand Junction, Courtroom 323.

**ORDER:**   Plaintiff's Motion in Limine Regarding Defendant's Assertion of the Seat Belt Defense Pursuant to C.R.S. § 42-4-237(7) [Doc. No. 58, Filed August 8, 2012] is DENIED.

**ORDER:**   The jury will not be permitted to hear evidence of the uninsured motorist insurance policy limits.

**ORDER:**   Parties and witnesses may use a laser pointer as necessary to facilitate testimony.

**ORDER:**   Plaintiff's Unopposed Motion to Submit Second Amended Exhibit List [Doc. No. 55, Filed August 7, 2012] is GRANTED.

**ORDER:**   Plaintiff's Unopposed Motion to Submit Amended Witness List [Doc. No. 56, Filed August 7, 2012] is GRANTED.

**ORDER:**   The Court sustains Defendant's objection to Plaintiff's reader wearing a doctor's coat while reading the deposition testimony of Dr. Lorah.

**ORDER:**   Plaintiff's witness Dr. Krauth may step out of the witness box and come to counsel table to operate the laptop to show an MRI.

**ORDER:**   Plaintiff's objection to the untimely disclosure of Defendant's demonstrative exhibit is sustained.

**ORDER:**   Witnesses will be sequestered.

**2:21 p.m.**   **Court in recess.**

Hearing concluded.

Total in-court time:  1:07