**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01934-DME-BNB

JEFFREY A. BOARDMAN

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of seven duly sworn to try the issues herein with U.S. Senior Circuit Judge David M. Ebel presiding, and the jury has rendered a verdict.

The Court has ordered that Plaintiff(s) JEFFREY A. BOARDMAN recover from the Defendant(s) AMERICAN FAMILY MUTUAL INSURANCE COMPANY the amount of Three Hundred Twenty Five Dollars ($325,000.00) plus post-judgment interest at the rate of <u>0.19%</u>.

The plaintiff is **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 21st day of August, 2012.

FOR THE COURT:
GREGORY C. LANGHAM, CLERK

s/Edward Butler

Edward Butler
Deputy Clerk

APPROVED BY THE COURT:

s/ David M. Ebel

United States District Judge