IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01934-DME-BNB

JEFFREY A. BOARDMAN,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendant.

_____

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW MOTION TO AMEND AND REQUEST FOR AN AMENDED ENTRY OF JUDGMENT**
_____

Upon review of Plaintiff's Unopposed Motion to Withdraw Motion to Amend and Request for An Amended Entry of Judgment, Proposed Amended Judgment and Proposed Order to Clerk to Enter Amended Judgment, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is Granted. Plaintiff's Motion to Amend and Request for an Amended Entry of Judgment, Proposed Amended Judgment and Proposed Order to Clerk to Enter Amended Judgment (Docket #70) is hereby withdrawn.

DATED THIS __12th__ day of September, 2012.

BY THE COURT:

*s/ David M. Ebel*

_____
Judge David M. Ebel